WRIGHT *v.* NUGENT, Pers. Rep. of the Estate
of Aldace Freeman Walker et al.

[No. 232, September Term, 1974.]

*Decided June 25, 1975.*

(See opinion 23 Md. App. 337 (1974).)

The cause was argued before Murphy, C. J., and Singley, Smith, Digges, Levine, Eldridge and O'Donnell, JJ.

*William H. Price, II,* and *W. N. Harrell Smith* for appellant.

*John W. Sause, Jr.,* with whom were *Walter W. Claggett* on the brief for George Ainslie Nugent; *Sidney S. Campen* on the brief for Elizabeth Irwin Hazard and *W. Ben Wilson* on the brief as Guardian ad litem for Andrew Wright, for appellees.

Per Curiam:

The appellant petitioned this Court to issue a writ of certiorari to review the decision of the Court of Special

Appeals in *Wright v. Nugent*, 23 Md. App. 337, 328 A. 2d 362 (1974), on the issues of whether the Orphans' Court for Talbot County had jurisdiction to probate the will of a nondomiciliary who owned real property in Talbot County and whether the Orphans' Court for Talbot County should defer probate of the will in view of the pendency of probate proceedings in the United States District Court for the District of Columbia. Having granted a writ of certiorari and in accordance with Maryland Rule 811 b 3 having determined that no error of law appears in the decision, this Court adopts the opinion of Chief Judge Orth in *Wright v. Nugent, supra,* and affirms the judgment of the Court of Special Appeals.

*Judgment affirmed with costs;*
*mandate to issue forthwith.*